IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : |
| DAVID A. BARR | :  CRIMINAL NO. 10-358-1 |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 10th day of August, 2010, came the attorney for the Government and the Defendant being present with Counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the Defendant not guilty as to:

[**X**]  The jury has returned its verdict, finding the Defendant not guilty as to : Count One (1) of Criminal Indictment Number 10-358-1.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(B), Federal Rules of Criminal Procedure.

BY THE COURT:

S/JOEL H. SLOMSKY, JUDGE
JOEL H. SLOMSKY, JUDGE

cc: U.S. Marshal (2)
    Probation Office
    Pretrial
    Ewald Zittlau, AUSA
    Defense Counsel - Saul Segan, Esq.
    Defendant